UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUMARO R. AGUILAR,<br>    **Plaintiff,** | § <br> § <br> § | |
| v | § <br> § | Civil Action No. _____ |
| BOTTLING GROUP, LLC,<br>    **Defendant.** | § <br> § <br> § | |

---

## I N D E X

---

1.   Civil Cover Sheet

2.   Defendant's Notice of Removal

3.   Plaintiff's Original Petition and Citation

4.   Notice of Appearance of Counsel

5.   Plaintiff's Request for Service via Certified Mail

6.   Civil Docket Sheet - State Court

7.   List of Counsel of Record

EXHIBIT "A"

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GUMARO R. AGUILAR

**DEFENDANTS**
BOTTLING GROUP, LLC

(b) County of Residence of First Listed Plaintiff   HIDALGO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Westchester
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Roberto D. Puente, Law Office of Roberto D. Puente, 214 N. 16th, Ste. 300, McAllen, TX 78501 (956-502-5258) & Cesar O. Aguilar, Law Firm of Cesar O. Aguilar, 2112 S. Shary Rd., Ste. 31, Mission, TX 78572

Attorneys *(If Known)*
Raymond Cowley, Dykema Gossett LLP, 1400 N McColl, Ste. 204, McAllen,TX 78501 (956.984.7400) & Rea Ferandez, Dykema Gossett, LLP, 112 E Pecan, Ste. 1800, San Antonio,TX 78205 (210-554-5500)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
         Plaintiff

☐ 3  Federal Question
         *(U.S. Government Not a Party)*

☐ 2  U.S. Government
         Defendant

☒ 4  Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | **FEDERAL TAX SUITS** | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
       Proceeding

☒ 2 Removed from
       State Court

☐ 3 Remanded from
       Appellate Court

☐ 4 Reinstated or
       Reopened

☐ 5 Transferred from
       Another District
       *(specify)*

☐ 6 Multidistrict
       Litigation -
       Transfer

☐ 8 Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Plaintiff alleges wrongful discrimination under the Texas Labor Code.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE

DOCKET NUMBER

DATE   06/17/2019

SIGNATURE OF ATTORNEY OF RECORD
*Raymond A. Cowley wp RKF*

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT                  APPLYING IFP                  JUDGE                  MAG. JUDGE

Electronically Submitted
4/26/2018 2:17 PM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CAUSE NO. ___CL-18-1715-D___

| | | |
|---|---|---|
| GUMARO R. AGUILAR | § | IN THE COUNTY COURT |
| | § | |
| v. | § | AT LAW NO. ____ |
| | § | |
| BOTTLING GROUP, LLC | § | HIDALGO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION
## WITH EXHIBITS (REQUESTS FOR DISCLOSURES, REQUESTS FOR INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION) & JURY DEMAND

NOW COMES, Gumaro R. Aguilar, Plaintiff, herein, and files this, his Original Petition, and would respectfully show unto the court as follows:

### Section 1

### Discovery Control Plan

1.01    This case is filed pursuant to Section 190.4 (Level 3) of the Texas Rules of Civil Procedure.

### Section 2

### Parties

2.01    Plaintiff, Gumaro R. Aguilar, is a resident of Hidalgo County, Texas.

2.02    Defendant, **BOTTLING GROUP, LLC** is a foreign financial institution authorized to conduct business in the State of Texas and maintains its national headquarters located at Somers, New York.  Defendant may be served with citation, by serving its registered agent, at the following address:

CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

*Aguilar v. Bottling Group, LLC*          Plaintiff's Original Petition with Exhibits and Jury Demand          Page 1

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
4/26/2018 2:17 PM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CL-18-1715-D

## Section 3

## Jurisdiction & Venue

**3.01**   The incident made the basis of this lawsuit occurred in Hidalgo, Hidalgo County, Texas.  As such, jurisdiction and venue are proper in Hidalgo County.

## Section 4

## Exhaustion of Administrative Remedies

**4.01**   On or about May 17, 2017, Mr. Aguilar timely filed a Charge of Discrimination with the Texas Commission on Human Rights.  **See Exhibit A.**

**4.02**   On or about March 5, 2018, Plaintiff received a Notice of Dismissal and Right to File  Civil Action. **See Exhibit B.**

## Section 5

## Factual Allegations

**5.01**   Plaintiff was a nine (9) year employee of Defendant.  Plaintiff brings this suit on the grounds that Defendant's decision to terminate him was motivated by unlawful discrimination, including age discrimination.   Plaintiff was sixty-three (63) years old at the time he was terminated.  Plaintiff is a member of the age protected class because he is over the age of forty (40).

**5.02**   Based on information and belief, Defendant replaced Plaintiff with a person more than thirty (30) years younger than Plaintiff.  His termination was pretextual.

## Section 6

## CLAIMS

**6.01**   **Texas Labor Code Chapter 21**.   Plaintiff asserts Bottling Group violated Chapter 21 of the Texas Labor Code in that his termination was motivated by unlawful

*Aguilar v. Bottling Group. LLC*                    Plaintiff's Original Petition with Exhibits and Jury Demand                    Page 2

Date: JUN 1 0 2019

I hereby certify that this is a true and correct copy of the original document filed in my office.

By: _____
Deputy Clerk

Electronically Submitted
4/26/2018 2:17 PM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CL-18-1715-D

discrimination.   Mr. Aguilar seeks compensatory and punitive damages under Chapter 21.2585 of the Texas Labor Code.  Furthermore, Mr. Aguilar seeks costs, attorney's fees, including compensation for reasonable expert fees, under Chapter 21.259 of the Texas Labor Code.

## Section 7

## Damages

**7.01**   As a result of acts and/or omissions as set forth above, Plaintiff Gumaro R. Aguilar,  has sustained the following damages, including but not limited to:

(a)    Past and future inconvenience;

(b)    Past and future mental anguish;

(c)    Past and future loss of enjoyment of life;

(d)    Back Pay;

(e)    Interest on Back Pay;

(f)    Pre-judgment interest;

(g)    Post-judgment interest;

(h)    Cost of court/suit;

(i)    Reasonable expert fees; and

**7.02**   Plaintiff Gumaro R. Aguilar further prays for recovery of attorney's fees arising from representation in this matter; and

**7.03**   Plaintiff Gumaro R. Aguilar also prays for such other relief to which Plaintiff may be justly entitled.

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
by: _____
Deputy Clerk

---

*Aguilar v. Bottling Group. LLC*          **Plaintiff's Original Petition with Exhibits and Jury Demand**
*Page 3*

Electronically Submitted
4/26/2018 2:17 PM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CL-18-1715-D

## Section 8

### Jury Demand

8.01    Concurrent with the filing of this Original Petition, Plaintiff requested and tendered the jury fee required by TEX. R. CIV. P. 216.

## Section 9

### Exhibits

**EXHIBIT A**    Employment Discrimination Complaint Form; and

**EXHIBIT B**    Notice of Dismissal and Right to File Civil Action.

## Section 10

### Prayer

10.01    **WHEREFORE, PREMISES CONSIDERED,** Plaintiff Gumaro R. Aguilar prays that Defendant Bottling Group, LLC be cited to appear and answer in this cause, and that upon final trial hereof, Plaintiff recover judgment Against Defendant for his actual damages in amounts within the jurisdictional limits of this Court, for all damages respectively sustained by him as set forth above together with pre-judgment interest thereon at the maximum legal or equitable rate; for post-judgment interest on the amount of the judgment at the maximum rate allowed by law; for recovery of costs of court; and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.



Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
4/26/2018 2:17 PM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CL-18-1715-D

Respectfully submitted,


_____/s/ Gumaro r. Aguilar_____
*Pro Se*
Gumaro R. Aguilar
2309 El Dorado
Mission, Texas 78572
Telephone: (956) 422-0911
rafael.aguilar1153@yahoo.com



Date: _____ JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

MAURO F. RUIZ
ATTORNEY AT LAW
RUIZ@MRUIZLAW.COM



*R U I Z   L A W   F I R M*

CL-18-1715-D

118 W. PECAN BLVD.
MCALLEN, TEXAS 78501

TEL. (956) 259-8200
FAX. (956) 259-8203

May 17, 2017

Via CM 7014 3490 0000 1577 4004, RRR

TEXAS WORKFORCE COMMISSION
CIVIL RIGHTS DIVISION
101 East 15th St., Room 144T
Austin, Texas 78778-0001

**EXHIBIT**

**A**

Re:    Employer:    Bottling Group, LLC
       Claimant:    Gumaro R. Aguilar

Dear Sir/Madam:

Enclosed please find the fully executed intake Questionnaire regarding the above matter.

Should you need any additional information, please do not hesitate to call me.

Sincerely,

RUIZ LAW FIRM, P.L.L.C.

Mauro F. Ruiz

MFR/hlm
Enclosure

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

WWW.MRUIZLAW.COM

CL-18-1715-D

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 6.77 |
| Total Postage & Fees | $ |

Sent To  TWCCRD
Street, Apt. No; or PO Box No.  101 E 15TH St. Room 144T
City, State, ZIP+4  Austin TX 78778-0001

7014 3490 0000 1577 4004

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Texas Workforce Commission
Civil Rights Division
101 E. 15th Street, Room 144T
Austin, Texas 78778-0001

9590 9402 1338 5285 4189 34

2. Article Number (Transfer from service label)

7014 3490 0000 1577 4004

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

101 E. 15th Street, Austin, TX 78778

MAY 2 2 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _Marleen Fuentes_
Deputy Clerk

CL-18-1715-D

## EMPLOYMENT DISCRIMINATION COMPLAINT

Texas Workforce Commission Civil Rights Division (TWCCRD)

If you believe you have experienced employment discrimination, submit your completed complaint form by mail, email, fax or in person:

- Mail to TWC Civil Rights, 101 E 15th Street, Rm 144T, Austin, TX 78778-0001
- Email to: EEOinquiry@twc.state.tx.us
- Fax to: 512-463-2643
- In person: 1117 Trinity St, Rm 144-T, Austin, TX 78701

Summary of TWCCRD Employment Discrimination Complaint Process

- An Intake Investigator will review your form, and may contact you for additional information.
- If the Intake Investigator determines that your complaint meets the employment discrimination complaint requirements, the Intake Investigator will draft a Charge of Discrimination, and request that you sign the document.
- Once TWCCRD receives the signed Charge of Discrimination, a notification of the acceptance of the Charge of Discrimination will be sent to the Complainant and the Respondent.
- TWCCRD will also ask both parties if they would like to meet to discuss settlement possibilities. This process is called mediation.
- If the complaint is not settled through mediation, an Investigator will request supporting documentation and witness lists, and interview both parties (Complainant and Respondent), and investigate the complaint.
- After reviewing all submitted documentation and interview notes, the Investigator will issue a Pre-Determination of either Cause or No Cause. All Cause Pre-Determination decisions are reviewed by the Director, who makes the decision to refer a complaint to the Texas Commission on Human Rights for Final Determination.

| This section is for TWC use only. |
| --- |
| TWCCRD# |
| EEOC# |
| Date Received: |
| Be sure to provide all requested information. For assistance with completing your complaint form, call 888-452-4778. |
| (Ofrecemos asistencia en Español.) |

### A. Complaint History

Mark the box below for any agency where you have previously filed this complaint. If you have filed this complaint with any of the agencies below, the second filing will be considered a Duplicate filing. Please note that TWCCRD dismisses all Duplicate filings.

☐ Texas Workforce Commission Civil Rights Division (TWCCRD)
☐ Equal Employment Opportunity Commission (EEOC)
☐ City of Austin Equal Employment and Fair Housing Office
☐ Corpus Christi Human Relations Division
☐ Fort Worth Human Relations Department

### B. Contact Information for Person Filing Complaint (Complainant)

| Complainant Full Name: Gumaro R. Aguilar | Email: |
| --- | --- |
| Home Phone: | Other Phone: |
| Address Line 1: 2309 El Dorado | Address Line 2: |
| City/State/Zip: Mission, Texas 78572 | What is the best way to reach you? ☐ Email ☐ Phone |

### C. Contact Information for Complainant Representative - Optional

If you are represented by an attorney, please have them submit a letter of representation.

| Representative Name: Mauro F. Ruiz | Email: mruiz@mruizlaw.com  tbelez@mruizlaw.com |
| --- | --- |
| Phone: (956) 259-8200 | Fax: (956) 259-8203 |
| Address Line 1: 118 W. Pecan Blvd. | Address Line 2: |
| City/State/Zip: McAllen, Texas 78501 | |

### D. Contact Information for Employer Complaint is About

Employer has 15 or more employees?: ☒ Yes ☐ No

Give the complete employer company name, address and other information for the site where you physically worked.

| Employer Company Name: Bottling Group, LLC | Work Site Phone: (956) 994-6120 |
| --- | --- |
| Work Site Address Line 1: 1601 N. International #400 | Work Site Address Line 2: |
| City/State/Zip: Hidalgo, Texas 78557 | Fax: |
| Name of HR Personnel Officer/EEO Officer/or Highest Ranking Officer on the work site: Abeuluf Maamoon | Phone: (956) 994-6120 |
| Address Line 1: 1601 N. International #400 | Address Line 2: |
| City/State/Zip: Hidalgo, Texas 78557 | Fax: |

Date: JUN 1 0 2019

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

CL-18-1715-D

## E. Employment History

| | |
|---|---|
| Still employed? ☐ Yes ☒ No | Position held: **Warehouse person** |
| Date Hired (MM/DD/YYYY): 04/2008 | Date Employment Ended, if applies (MM/DD/YYYY): 04/17/2017 |

## F. Outcome Sought

What are you seeking as a resolution to your case?

Monetary relief

## G. Type of Discrimination (Basis of Complaint)

In the Discrimination Basis column, only mark the box(es) for each type of discrimination you experienced in violation of state law (Texas Labor Code, Chapter 21) and/or federal law (ADEA, Title VII, ADAAA, GINA). Then for each Discrimination Basis you marked, provide the Additional Information for that type of discrimination. For information on types of employment discrimination, see www.texasworkforce.org/employeerights.

| Discrimination Basis: | Additional Information |
|---|---|
| ☒ Age | Date of birth (MM/DD/YY) 10/11/1953  Age at time of incident: 63 |
| | You must be age 40 or older to qualify. |
| ☐ Color Based on skin color. | ☐ Black  ☐ Brown  ☐ White  ☐ Other: ____ |
| ☐ Disability | ☐ Disabled  ☐ History of disability  ☐ Regarded as disabled |
| Pregnancy is not a disability unless you are regarded as disabled. | |
| ☐ GINA | ☐ (Genetic Information Non-discrimination Act) |
| ☐ National Origin | ☐ African-American  ☐ Anglo/Caucasian  ☐ East Indian  ☐ Hispanic  ☐ Mexican |
| | ☐ Other: _____ |
| ☐ Race | ☐ American Indian/ Alaskan Native  ☐ Asian/Pacific Islander  ☐ Black  ☐ White |
| | ☐ Other: _____ |
| ☐ Religion | ☐ Baptist  ☐ Catholic  ☐ Jewish  ☐ Muslim |
| | Other: |
| ☐ Retaliation | ☐ I assisted another filing a discrimination complaint on (MM/DD/YY) _____ |
| | ☐ I filed a discrimination complaint on (MM/DD/YY) _____ |
| | ☐ I participated in an investigation of discrimination on (MM/DD/YY) _____ |
| ☐ Sex | ☐ Female  ☐ Female/Pregnancy  ☐ Male |

## H. Employment Harms or Actions - Types

Mark the box for each employment harm or action related to your current employment discrimination complaint.

| | | |
|---|---|---|
| ☐ Demotion (D1) | ☐ Layoff (L1) | ☐ Suspension (S5) |
| ☒ Discharge (D2) | ☐ Promotion (P3) | ☐ Terms & Conditions (T2) |
| ☐ Discipline (D3) | ☐ Reasonable Accommodation (R6) | ☐ Training (T4) |
| ☐ Harassment (H1) | ☐ Severance Pay (B5) | ☐ Wages (W1) |
| ☐ Hiring (H2) | ☐ Sexual Harassment (S4) | ☐ Other: |

## I. Employment Harms or Actions – Descriptions

The questions in this section are about the employment harms or actions related to your current employment discrimination complaint. Each incident must have happened **within 180 days** of the date you submit your complaint to TWC Civil Rights.

### J. Harm(s)

| | |
|---|---|
| a. | Date of harm(s) (MM/DD/YYYY): 04/17/2017 |
| b. | Name and job title of the person(s) who did the harm(s): Abeuluf Maamoon - Manager |
| c. | If filing under race, color, national origin, religion, sex or age discrimination, provide the race, color, national origin, religion, sex or age of the person(s) discriminating against you: Abeuluf Maamoon - 30's |
| d. | Did you complain about discrimination to your employer?  ☐ Yes  ☒ No |
| | If yes, date you made the complaint: _____  If yes, name and job title of person(s) you complained to: |

JUN 1 0 2019

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By
Deputy Clerk

FORM 1000
Employment Discrimination Complaint Form - TWC Civil Rights (Last updated 02/2015)

CL-18-1715-D

e.  Explain the alleged discriminatory treatment

I was terminated for a false reason. I was accused of damaging a warehouse garage door. I was replaced by a younger man, Alfredo LNU-30's.

f.  Employer's reason for its action(s):

I was terminated for not reporting the damage to the warehouse garage door.

g.  Are there other employees treated more fairly than you?  ☒ Yes   ☐ No
If yes, provide their full name and position title:

If yes and you are filing under race, color, national origin, religion, sex, age or disability, provide the race, color, national origin, religion, sex, age or disability of the person(s) treated more fairly than you:

**K. Additional Comments**

| Juan Hernandez | Aaron LNU |
|---|---|
| 30's | 30's |
| Damaged a trailer. He was not terminated. | Threw a can worth $3,000 in the trash. He did not report the incident. He was not terminated. |

BEFORE ME, the undersigned authority, on this day personally appeared Gumaro R. Aguilar, who being duly sworn stated:

My name is Gumaro R. Aguilar. I am over the age of twenty-one (21). I am of sound mind and fully capable of making this verification. I verify that the factual information contained in this Employment Discrimination Complaint Form (Form 1000) is both true and correct.

Affiant further sayeth not.

Gumaro R. Aguilar

SUBSCRIBED AND SWORN TO BEFORE ME on the _14_ day of May, 2017, to certify which witness my hand seal of office.

Notary Public, State of Texas

> TOMASA A BELEZ
> Notary ID # 12234977
> My Commission Expires
> February 24, 2021

| L. Signature | |
|---|---|
| Signature: | Date: 5 · 16 · 17 |



Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

FORM 1000
Employment Discrimination Complaint Form - TWC Civil Rights (Last updated 02/2015)

CL-18-1715-D

# Texas Workforce Commission
A Member of Texas Workforce Solutions

Andres Alcantar, Chairman
Commissioner Representing the Public

Ruth R. Hughs
Commissioner Representing Employers

Julian Alvarez
Commissioner Representing Labor

Larry E. Temple
Executive Director

Gumaro Aguilar c/o Mauro Ruiz
RUIZ LAW FIRM
118 W. Pecan Blvd
Mcallen, TX 78501


EXHIBIT
B

## NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

### Gumaro Aguilar v. BOTTLING GROUP, LLC

| TWCCRD Charge No. | EEOC Charge No. | TWCCRD Representative: |
|---|---|---|
| 1A17983 | 31C-2017-01367 | Roberto Gonzalez JR |

The Civil Rights Division has dismissed this Charge and is closing its file for the following reason:

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD.

[ ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Labor Code, Chapter 21.

[ ]    The Respondent employs less than the required number of employees or not otherwise covered by the statutes.

[ ]    We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]    While reasonable efforts were made to locate you, we were not able to do so.

[ ]    You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[ ]    The TWCCRD issues the following determination:  Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]    Other: NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

101 E. 15th Street • Guadalupe CRD • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 482-8465 (Fax Rd) • Texas: 860-735-2989 • 1-800-735-2988
(Voice) • www.texasworkforce.org
Equal Opportunity Employer / Program

TEXAS
WORKFORCE SOLUTIONS

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

CL-18-1715-D

Gumaro Aguilar v. BOTTLING GROUP, LLC
TWCCRD Charge No: 1A17983
EEOC Charge No. 31C-2017-01367
Page 2

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE:

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division

Lowell A. Keig
Division Director

2/28/2018
Date

PEPSICO, INC. / FRITO-LAY, INC
Matthew R. Peyton
7701 Legacy Drive, MD 3A-412
Plano, TX 75024

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:
Deputy Clerk

CL-18-1715-D

RCEL
MAR 0 5 2018
By:

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By
Deputy Clerk

Electronically Submitted
4/27/2018 11:34 AM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CAUSE NO. CL-18-1715-D

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

> To:   BOTTLING GROUP, LLC
>        SERVED BY SERVING ITS REGISTERED AGENT:
>        CT CORPORATION SYSTEM
>        1999 BRYAN STREET, SUITE 900
>        DALLAS, TEXAS  75201-3136

GREETINGS: YOU ARE HEREBY COMMANDED TO APPEAR by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 26th day of April, 2018 in this Cause Numbered CL-18-1715-D on the docket of said Court, and styled,

GUMARO R. AGUILAR
vs.
BOTTLING GROUP. LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of PLAINTIFF'S ORIGINAL PETITION WITH EXHIBITS (REQUESTS FOR DISCLOSURES, REQUEST FOR INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION) & JURY DEMAND accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
     GUMARO R. AGUILAR
     2309 EL DORADO
     MISSION, TX  78572

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 27th day of April, 2018.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #4

BY _____ DEPUTY
      JACQUELYN PEREZ

Date: JUN 1 0 2019
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By _____
                                Deputy Clerk

Electronically Submitted
4/27/2018 11:34 AM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
    Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ M., by
Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

    Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____        By: _____
      CIVIL PROCESS SERVER               DEPUTY SHERIFF/CONSTABLE

DEFENDANT NOT SERVED
    Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____        By: _____
      CIVIL PROCESS SERVER              DEPUTY SHERIFF/CONSTABLE

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ___ day of _____, 20____.


_____
DECLARANT


_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number



JUN 1 0 2019

Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
          Deputy Clerk





9214 8901 0661 5400 0138 8638 87

RETURN RECEIPT (ELECTRONIC)

ARTURO GUAJARDO JR.
COUNTY CLERKS OFFICE
100 N CLOSNER BLVD
EDINBURG, TX 78539-3523

CL-18-1715-D

BOTTLING GROUP, LLC
SERVED BY SERVING ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-3140

- - - - - - - CUT / FOLD HERE - - - - - - -                                    Zone 4

- - - - - - - 6"X9" ENVELOPE - - - - - - -
CUT / FOLD HERE

- - - - - - - CUT / FOLD HERE - - - - - - -

JUN 1 0 2019

Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.

By: _____
Deputy Clerk

Electronically Submitted
4/27/2018 11:34 AM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

CAUSE NO. CL-18-1715-D

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

> To:    BOTTLING GROUP. LLC
> SERVED BY SERVING ITS REGISTERED AGENT:
> CT CORPORATION SYSTEM
> 1999 BRYAN STREET, SUITE 900
> DALLAS, TEXAS  75201-3136

GREETINGS: YOU ARE HEREBY COMMANDED TO APPEAR by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 26th day of April, 2018 in this Cause Numbered CL-18-1715-D on the docket of said Court, and styled,

**GUMARO R. AGUILAR**
vs.
**BOTTLING GROUP. LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of PLAINTIFF'S ORIGINAL PETITION WITH EXHIBITS (REQUESTS FOR DISCLOSURES, REQUEST FOR INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION) & JURY DEMAND accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
> GUMARO R. AGUILAR
> 2309 EL DORADO
> MISSION, TX  78572

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 27th day of April, 2018.

> ARTURO GUAJARDO, JR.
> COUNTY CLERK, HIDALGO COUNTY, TEXAS
> 100 N. CLOSNER
> EDINBURG, TEXAS 78539
> COUNTY COURT AT LAW #4
>
> BY _Jacquelyn Perez_                    DEPUTY
> JACQUELYN PEREZ         Date: JUN 1 0 2019

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk

Electronically Submitted
4/27/2018 11:34 AM
Hidalgo County Clerks Office
Accepted by: Jacquelyn Perez

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
     Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

     Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____     By: _____
     CIVIL PROCESS SERVER                     DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
     Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____     By: _____
     CIVIL PROCESS SERVER                DEPUTY SHERIFF/CONSTABLE

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance with rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ____ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Date. _____

JUN 1 0 2019

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By: _____
Deputy Clerk

Electronically Submitted
6/4/2019 11:23 AM
Hidalgo County Clerk
Accepted by: Cassandra Mora

CL-18-1715-D

| | | |
|---|---|---|
| GUMARO R. AGUILAR | * | IN THE COUNTY COURT |
| | * | |
| | * | |
| VS. | * | |
| | * | |
| | * | AT LAW NO. 4 |
| BOTTLING GROUP, L.L.C. | * | |
| | * | |
| | * | HIDALGO COUNTY, TEXAS |

<u>NOTICE OF APPEARANCE OF COUNSEL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now Comes, Robert Puente and Cesar O. Aguilar, attorneys for Plaintiff, **Gumaro R. Aguilar** and files this Notice of Appearance as Attorney for Plaintiff Gumaro R. Aguilar and requests that any and all correspondence and communications regarding the above described matter be addressed to the undersigned counsel.

Respectfully submitted,

LAW OFFICE OF ROBERTO D. PUENTE
214 N. 16TH Street, Suite 300
MCALLEN, TEXAS 78501
Tel. 956-502-5258
Fax.956-685-1144

_____/s/ Robert Puente_____
ROBERTO D. PUENTE
Texas Bar No.: 24013359

**THE LAW FIRM OF CESAR O. AGUILAR**
2112 S. Shary Rd., Suite 31
Mission, TX 78572
Tel: (956) 688-8822
Fax: (956) 284-0114
Email: coalaw956@yahoo.com

JUN 1 0 2019

Data: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk

Electronically Submitted
6/4/2019 11:23 AM
Hidalgo County Clerk
Accepted by: Cassandra Mora

By:/s/Cesar O. Aguilar
Cesar O. Aguilar
SBOTN: 24079975

ATTORNEYS FOR PLAINTIFF



Date: _____ JUN 1 0 2019

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.

By: _____

Deputy Clerk

Electronically Submitted
6/4/2019 11:23 AM
Hidalgo County Clerk
Accepted by: Cassandra Mora

**LAW OFFICE OF ROBERT PUENTE**
214 N. 16th St., SUITE 300
McALLEN, TX 78501
TEL. 502 5258
FAX: 685-1144
robpuente@msn.com

May 30, 2019

VIA E-MAIL
Hidalgo County District Clerk
100 N. Closner
Edinburg, Texas 78438

RE: CL-18-1715-D, Gumaro Aguilar vs Bottling Group, Inc. County Court at Law No. 4, Hidalgo County, Texas

To whom it may concern:

Please allow this letter to serve as a request for a service via certified mail, return receipt requested. I would request that the original petition, with exhibits be served on the Defendant.

Thank you for your kind attention to this matter. Should you have any questions, please contact me at the above referenced number

Sincerely,
/s/

Robert Puente

JUN 1 0 2019

Date: _____

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By: _____
Deputy Clerk

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back

Location : All Courts   Images

# REGISTER OF ACTIONS
## CASE NO. CL-18-1715-D

| | |
|---|---|
| Gumaro R. Aguilar VS. Bottling Group. LLC | §<br>§<br>§<br>§<br>§ |

| | |
|---|---|
| Case Type: | All Other Civil Cases (OCA) |
| Date Filed: | 04/26/2018 |
| Location: | County Court at Law #4 |

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | Bottling Group. LLC | |
| Plaintiff | Aguilar, Gumaro R. | Pro Se |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/26/2018 | **Original Petition (OCA)**<br>*Plaintiff's Original Petition with Exhibits* |
| 04/27/2018 | **Citation Issued**<br>*BOTTLING GROUP, LLC SENT OUT BY; E-MAIL 04/27/2018* |
| 06/04/2019 | **Citation Issued**<br>*RESENT SAME CITATION AS PER ATTORNEY REQUEST VIA CM 9214 8901 0661 5400 0138 8638 87* |
| 06/04/2019 | **Notice of Filing, Filed**<br>*Notice of Appearance* |
| 06/04/2019 | **Request**<br>*Request for Service of Citation* |

## FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| **Plaintiff** Aguilar, Gumaro R. | | | | |
| Total Financial Assessment | | | | 457.00 |
| Total Payments and Credits | | | | 457.00 |
| **Balance Due as of 06/17/2019** | | | | **0.00** |
| 04/26/2018 | Transaction Assessment | | | 324.00 |
| 04/26/2018 | EFile Payments from TexFile | Receipt # 2018-020255 | Aguilar, Gumaro R. | (324.00) |
| 06/04/2019 | Transaction Assessment | | | 87.00 |
| 06/04/2019 | EFile Payments from TexFile | Receipt # 2019-032011 | Aguilar, Gumaro R. | (87.00) |
| 06/11/2019 | Transaction Assessment | | | 46.00 |
| 06/11/2019 | Payment | Receipt # 2019-033234 | DYKEMA COX SMITH | (46.00) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **GUMARO R. AGUILAR,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v** | § | **Civil Action No. _____** |
| | § | |
| **BOTTLING GROUP, LLC,** | § | |
| **Defendant.** | § | |

_____

**I N D E X**
_____

1.      Civil Cover Sheet

2.      Defendant's Notice of Removal

3.      Plaintiff's Original Petition and Citation

4.      Notice of Appearance of Counsel

5.      Plaintiff's Request for Service via Certified Mail

6.      Civil Docket Sheet - State Court

7.      List of Counsel of Record

4846-6193-9865.2

CAUSE NO. CL-18-1715-D

| | | |
|---|---|---|
| **GUMARO R. AGUILAR,** | § | **IN THE COUNTY COURT** |
| **Plaintiff,** | § | |
| | § | |
| **v** | § | **AT LAW NO. 4** |
| | § | |
| **BOTTLING GROUP, LLC,** | § | |
| **Defendant.** | § | **HIDALGO COUNTY, TEXAS** |

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BOTTLING GROUP, LLC ("Defendant"), Defendant in the above-styled and numbered cause, and files this its *Notice of Filing Notice of Removal* and would respectfully show the Court the following:

On June 17, 2019, Defendant filed its Notice of Removal in the United States District Court for the Southern District of Texas, McAllen Division, based on the existence of diversity among all parties to this suit and the amount in controversy exceeds $75,000.00, as shown by Plaintiff's Original Petition pursuant to 28 U.S.C. §§ 1332, 1441(b)(1), and 1446. A true and correct copy of the Notice of Removal (without attachments) filed in federal court is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Raymond A. Cowley*
**Raymond A. Cowley**
Attorney-In-Charge
SBN No. 9642
Texas State Bar No. 04932400
**DYKEMA GOSSETT PLLC**
1400 North McColl Road, Ste. 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Facsimile: (956) 984-7499
Email: rcowley@dykema.com

EXHIBIT "B"

**Rea K. Ferandez**
SBN No. 1357837
Texas State Bar No. 24078496
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas  78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395
Email:  rferandez@dykema.com

**ATTORNEYS FOR DEFENDANT,
BOTTLING GROUP, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 17th day of June, 2019, I electronically filed the foregoing document with the Clerk of Court using the efile/Texas electronic filing system, and served it on the following counsel of record via efile/Texas and First Class Mail.

Mr. Roberto D. Puente
LAW OFFICE OF ROBERTO D. PUENTE
214 North 16th Street, Suite 300
McAllen, Texas  78501
Email:  coalaw956@yahoo.com

_/s/  Raymond A. Cowley_____
Raymond A. Cowley